UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
In re

ROBERT R. & PATTI M. CINELLI                    Case No. 05-16962

Debtor(s)

## CERTIFICATE OF SERVICE

THE UNDERSIGNED DEPUTY CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF NEW YORK CERTIFIES THAT A COPY OF THE ATTACHED DOCUMENT WAS SERVED TODAY ON THE PARTIES NAMED BELOW VIA FIRST CLASS MAIL:

Robert R. Cinelli
Patti M. Cinelli
5229 St. Highway 29
St. Johnsville, NY 13452

THE ATTACHED DOCUMENT HAS BEEN FILED WITH THE CLERK OF THE BANKRUPTCY COURT AND WILL BE ENTERED ON THE COURT'S DOCKET USING THE CM/ECF SYSTEM, THEREBY, UPON ENTRY, GENERATING ELECTRONIC NOTIFICATION TO THE PARTIES NAMED BELOW:

Diana G. Adams      USTPRegion02.AL.ECF@USDOJ.GOV

Michael A. Castle    mcastle.law@verizon.net

Christian H. Dribusch    cdribusch@dribuschlaw.com

Christian H. Dribusch    cdribusch@nycap.rr.com, cdribusch@ecf.epiqsystems.com

Mark D. Nizer    mnizer@deilylawfirm.com, twright@deilylawfirm.com

DATED: 12/8/06            BY: [signature]